# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

JAMES PRESTON SMITH,

        Petitioner,

        v.                         CIVIL ACTION NO. 5:07-cv-00040

THE UNITED STATES, et. al.,

        Respondents.

JAMES PRESTON SMITH,

        Petitioner,

        v.                         CIVIL ACTION NO. 5:07-cv-00113

THE UNITED STATES, et. al.,

        Respondents.

JAMES PRESTON SMITH,

        Petitioner,

        v.                         CIVIL ACTION NO. 5:07-cv-00114

THE UNITED STATES, et. al.,

        Respondents.

JAMES PRESTON SMITH,

        Petitioner,

        v.                         CIVIL ACTION NO. 5:07-cv-00151

THE UNITED STATES, et. al.,

        Respondents.

**JUDGMENT ORDER**

In accordance with the Memorandum Opinion entered this day, the Court hereby **DIRECTS** the Clerk to consolidate the above-styled civil actions; **DISMISSES** Petitioner's Petition [Docket 1] in Case No. 5:07-cv-00040, Petition for Writ of Habeus Corpus [Docket 1] in Case No. 5:07-cv-00113, Petition for Writ of Habeus Corpus [Docket 1] in Case No. 5:07-cv-00114, and Petition for Writ of Habeus Corpus [Docket 2] in Case No. 5:07-cv-00151; and **DIRECTS** the Clerk to remove this action from the Court's docket. The Court further **DIRECTS** the Clerk to send a certified copy of this Judgment Order and accompanying Memorandum Opinion to all counsel of record, Petitioner *pro se*, and Magistrate Judge Stanley.

ENTER:     March 10, 2008

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE